IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PSYCHIATRIC SOLUTIONS, INC., Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1003 |
| ALIQUIPPA COMMUNITY HOSPITAL, Defendant. | ) ) ) | |

## ORDER OF COURT

AND NOW this 26 day of January, 2009, before the court is plaintiff's motion to abstain [document #5]. In their motion, plaintiff reports that the defendant in this case was sold to Commonwealth Medical Center. Plaintiff further advises that Commonwealth Medical Center filed for bankruptcy in the United States Bankruptcy Court for the Western District of Pennsylvania at Case No. 08-28144. As such, plaintiff is now precluded from proceeding against the defendant's successor by the automatic stay provisions of Title 11, United States Code, Section 362.

Therefore, as no further action can be taken by the court at this time, we will refrain from ruling on the outstanding motion and, in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc: All Counsel of Record